## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |
| ARMSTRONG FLOORING, INC.<br><br>                          Plaintiff,<br><br>vs.<br><br>TBL SERVICES, INC., AND TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,<br><br>                          Defendant. | Adv. No. 23-50068 (MFW) |

## CERTIFICATION OF COUNSEL REQUESTING EXTENSION OF TIME
## FOR DEFENDANT TO RESPOND TO THE COMPLAINT

I, Peter J. Keane, of Pachulski Stang Ziehl & Jones LLP, counsel for Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") to the estate in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby certify as follows:

1. On or about January 30, 2023, Armstrong Flooring, Inc.[2] initiated the Adversary Proceeding by the filing of an adversary *Complaint to Avoid Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 502 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* (the "Complaint") [Docket No. 1] against Total Transportation of Mississippi, LLC (the "Defendant" together with Plaintiff the "Parties").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

[2] The Adversary Proceeding was originally filed by the Debtors. On April 17, 2023, their chapter 11 cases were converted to ones under chapter 7 of the Bankruptcy Code, and the Trustee is now the Plaintiff as the successor in interest.

2

2.  On or about February 1, 2023, a *Summons and Notice of Pretrial Conference In an Adversary Proceeding* (the "Summons") [Docket No. 3] was filed.

3.  The Parties have engaged in discussions concerning a potential resolution of the Adversary Proceeding and have agreed to continue these discussions prior to requiring Defendant to file its answer or other response to the Complaint.  Accordingly, the Parties have agreed that the time within which Defendant may answer, move or otherwise plead to the Complaint should be extended to and including August 18, 2023. The Parties have memorialized their agreement in the *Stipulation Extending Time for Defendant to Respond to the Complaint* (the "Stipulation").

4.  Attached hereto as Exhibit A is a proposed order (the "Order") approving the Stipulation. A copy of the Stipulation is attached to the Order as Exhibit 1.

WHEREFORE, the Parties respectfully request entry of the Order.

Dated: July 21 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Email: kcasteel@askllp.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee of Armstrong Flooring, Inc.,*
*et al.*

3

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*,1 | Case No. 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |
| ARMSTRONG FLOORING, INC. | |
| Plaintiff, | |
| vs. | Adv. No. 23-50068 (MFW) |
| TBL SERVICES, INC., AND TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, | |
| Defendant. | |

### ORDER APPROVING STIPULATION FOR EXTENSION OF TIME
### FOR DEFENDANT TO RESPOND TO THE COMPLAINT

AND NOW upon consideration of the *Stipulation for Extension of Time for Defendant to Respond to the Complaint* (the "Stipulation") between Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") to the estate in the above-captioned adversary proceeding and Total Transportation of Mississippi, LLC (the "Defendant") attached hereto as Exhibit "1"; the Court having determined that no further notice of the Stipulation must be given; it is hereby

**ORDERED** that the Stipulation is hereby **APPROVED**, and it is

**FURTHER ORDERED** that the time within which Defendant may answer, move or otherwise plead to the Complaint is hereby further extended to and including August 18, 2023.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

# EXHIBIT "1"

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |
| ARMSTRONG FLOORING, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TBL SERVICES, INC., AND TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,<br><br>Defendant. | Adv. No. 23-50068 (MFW) |

**STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") to the estate in the above-captioned adversary proceeding, and Total Transportation of Mississippi, LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.     The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including August 18, 2023.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A). The address of the Debtors' corporate headquarters is PO Box 10068, 1770 Hempstead Road, Lancaster, PA 17065.

08092_06/22001/JWM-4883-8407-1281_1

Dated: July 21, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*Counsel for Alfred T. Giuliano, Chapter 7*
*Trustee of Armstrong Flooring, Inc., et al.*

Dated: July 21, 2023

CHAMBLISS BAHNER & STOPHEL, PC

*/s/ Jeffrey W. Maddux*
Jeffrey W. Maddux (TN BPR No. 027394)
605 Chestnut Street, Suite 1700
Liberty Tower
Chattanooga, TN 37450
Telephone: (423) 756-3000
Email: jmaddux@chamblisslaw.com

*Counsel for Defendant*

2

08092_06/22001/JWM-4883-8407-1281_1